IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
APR - 9 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  Criminal No. 4:08cr9

KENYA J. SILVER,

Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's plea of guilty to Count One of a Ten-Count Indictment is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offenses.

Sentencing is hereby scheduled for June 16, 2008, at 2:00 p.m.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, counsel for the defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, Virginia
April 9, 2008